**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

**EAST ST. LOUIS DIVISION**

| | |
|---|---|
| Caleb Pautz, individually and on behalf of all others similarly situated, | 3:22-cv-02911-SPM |
| Plaintiff, | |
| - against - | |
| Heineken USA Incorporated, | |
| Defendant | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff gives notice that this action is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated:   December 23, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck NY 11021
Tel: (516) 268-7080