**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**CALEB PAUTZ, Individually, and
On Behalf of All Others Similarly
Situated,**

 **Plaintiff,**

v.

**HEINEKEN USA INCORPORATED,**

 **Defendant.**

**Case No. 22-CV-02911-SPM**

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to Plaintiff's Notice of Voluntary Dismissal dated December 23, 2022 (Doc. 6), this case is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DATED: December 27, 2022**

 **MONICA A. STUMP,
 Clerk of Court**

 **By: s/ *Jackie Muckensturm***
 **Deputy Clerk**

**APPROVED: s/ *Stephen P. McGlynn***
 **STEPHEN P. MCGLYNN
 U.S. District Judge**